IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WANDA RANDOLPH and DENNIS DRAGOTTA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 15-0460-CG-M |
| ROUSE PROPERTIES, INC., and RPI BELL AIR MALL, LLC, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

There having been no motion for substitution of parties filed as directed in the court's order issued on November 2, 2015 (Doc. 18) and more than ninety days having elapsed since service of the statement noting Plaintiff Dennis Dragotta's death, Plaintiff Dennis Dragotta's claims against Defendants Rouse Properties, Inc. and RPI Bell Air Mall, LLC are hereby **DISMISSED** pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 5th day of February, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE